```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 20346
   ROBERT DANIEL KLINE
   RUTH JACALYN KLINE                           CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
           Debtor
   SSN XXX-XX-6402      SSN XXX-XX-9637
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/20/05 and confirmed on 07/20/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  28906.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 12791.70 | .00 | 12791.70 |
| CHASE HOME EQUITY | SECURED | .00 | .00 | .00 |
| ADVANTAGE BUILDING CONTR | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 621.82 | .00 | 621.82 |
| RMA RISK MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| CINGULAR WIRELESS | UNSECURED | 366.78 | .00 | 366.78 |
| VAN RU CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 8515.96 | .00 | 8515.96 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 501.81 | .00 | 501.81 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 532.89 | .00 | 532.89 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1298.97 | .00 | 1298.97 |
| TARGET NATIONAL BANK | UNSECURED | 546.47 | .00 | 546.47 |

           Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 12791.70 | .00 | 12384.70 | .00 | 25176.40 |
| PRINCIPAL PAID | 12791.70 | .00 | 12384.70 | .00 | 25176.40 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 12791.70 | .00 | 12384.70 | .00 | 25176.40 |

The Debtor's attorney, STEVEN H MEVORAH & ASSOC    , was allowed $  2700.00
and was paid $  1300.00  direct and $   1400.00  through the plan.

The Trustee received $  1129.51 .

Refunds to the Debtor totaled $   1200.09 .

      Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 03/10/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

PAGE   2
CASE NO. 05 B 20346 ROBERT DANIEL KLINE & RUTH JACALYN KLINE